SOUTH PORTO RICO SUGAR CO., PETICIONARIA v. HON. D. SEPÚLVEDA, JUEZ DE DISTRITO DE PONCE, Y JORGE SEPÚLVEDA, DEMANDADOS.

SOLICITUD de auto inhibitorio contra el Juez de la Corte de Distrito de Ponce.

No. 20.—Resuelto en abril 29, 1919.

Resuelto por los fundamentos del caso No. 249, *South Porto Rico Sugar Co. v. Hon. Domingo Sepúlveda,* Juez de Distrito, de abril 29, 1919, (pág. 334).

Abogado del peticionario: *Sr. O. B. Frazer.*

Abogado del demandado Jorge Sepúlveda: *Sr. R. Martínez Nadal.*

El juez demandado compareció por escrito.

*Ratificado el auto convirtiéndolo en definitivo.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.